IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CECILIA REA, et al.,            No. C-09-05538 EDL

      Plaintiffs,            **ORDER SETTING BRIEFING SCHEDULE**

  v.

PENINSULA CORRIDOR JOINT POWERS BOARD, et al.,

      Defendants.
_____/

      Kansas attorney Robert Pottroff has submitted an Application for Admission of Attorney Pro Hac Vice. Defendants have informed that Court that they intend to oppose Mr. Pottroff's Application, and have asked the Court to set a briefing schedule and a hearing.

      Accordingly, any opposition to Mr. Pottroff's Application shall be filed no later than May 11, 2010. Any reply shall be filed no later than May 18, 2010. No hearing is scheduled at this time.

**IT IS SO ORDERED.**

Dated: May 4, 2010

                                          ELIZABETH D. LAPORTE
                                          United States Magistrate Judge