IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA REA, et al., | No. C-09-05538 EDL |
| Plaintiffs, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| PENINSULA CORRIDOR JOINT POWERS BOARD, et al., | |
| Defendants. / | |

    Kansas attorney Stephen W. Boyda submitted an Application for Admission of Attorney Pro Hac Vice. Defendants have informed that Court that they intend to oppose Mr. Bodya's Application, and have asked the Court to set a briefing schedule and a hearing.

    Accordingly, any opposition to Mr. Boyda's Application shall be filed no later than May 27, 2010. Any reply shall be filed no later than June 3, 2010. No hearing is scheduled at this time.

**IT IS SO ORDERED.**

Dated: May 24, 2010

                                                   *Elizabeth D. Laporte*
                                                   ELIZABETH D. LAPORTE
                                                   United States Magistrate Judge