IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA REA, | No. C-09-05538 EDL |
|     Plaintiff, | **ORDER SETTING DISCOVERY CONFERENCE** |
| v. | |
| PENINSULA CORRIDOR JOINT POWERS BOARD, | |
|     Defendant. / | |

A telephonic discovery conference has been set in this matter for July 1, 2010 at 10:30 a.m. The Court intends to grant a continuance of the fact discovery cutoff date, but has not yet determined the length and scope of the continuance, or to what extent the continuance will impact the dates already set for the hearing on summary judgment, the pretrial conference or the trial.

**IT IS SO ORDERED.**

Dated: June 25, 2010

                                                   ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge