1 | MARY ALEXANDER & ASSOCIATES, P.C.
2 | MARY E. ALEXANDER – 104173
  | malexander@maryalexanderlaw.com
3 | JENNIFER L. FIORE – 203618
  | jfiore@maryalexanderlaw.com
4 | SOPHIA M. ASLAMI – 262712
  | saslami@maryalexanderlaw.com
5 | 44 Montgomery Street, Suite 1303
  | San Francisco, CA 94104
6 | Telephone: (415) 433-4440
  | Facsimile: (415) 433-5440

7 | Attorneys for Plaintiffs: CECILIA REA, Individually, as Successor in Interest of Decedent
8 | ANTHONY REA and Personal Representative of the Estate of ANTHONY REA, and
  | DEAN REA

9 | HANSON BRIDGETT LLP
  | KIM MANOLIUS - 154971
10 | kmanolius@hansonbridgett.com
  | WARREN R. WEBSTER - 209540
11 | wwebster@hansonbridgett.com
  | ROSHAN JAIN - 241078
12 | rjain@hansonbridgett.com
  | EMILY M. CHARLEY - 238542
13 | echarley@hansonbridgett.com
  | 425 Market Street, 26th Floor
14 | San Francisco, CA 94105
  | Telephone: (415) 777-3200
15 | Facsimile: (415) 541-9366

16 | Attorneys for Defendants: PENINSULA CORRIDOR JOINT POWERS BOARD and
17 | NATIONAL RAILROAD PASSENGER CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CECILIA REA, Individually, as Successor in Interest of Decedent ANTHONY REA and Personal Representative of the Estate of ANTHONY REA, and DEAN REA, <br><br> Plaintiffs, <br><br> vs. <br><br> PENINSULA CORRIDOR JOINT POWERS BOARD (CALTRAIN); and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. C 09-05538 EDL <br><br> ~~PROPOSED~~ ORDER CONTINUING PRETRIAL AND TRIAL DATES <br> AS MODIFIED |

1

_____
ORDER CONTINUING PRETRIAL AND TRIAL DATES

1   The Court held a discovery telephone conference on July 1, 2010 at 11:15 a.m.  Attorneys Mary
2   Alexander, Jennifer Fiore, Sophia Aslami, Robert Pottroff and Steve Boyda appeared on behalf of
3   Plaintiffs, Cecilia Rea and Dean Rea.  Attorneys Roshan Jain, Kimon Manolius, Warren Webster and
4   Emily Charley appeared on behalf of Defendants, Peninsula Corridor Joint Powers Board and National
5   Railroad Passenger Corporation, Amtrak.
6   During the telephone conference, the Court continued the fact discovery deadline and trial
7   dates, indicating that other deadlines should be adjusted accordingly. Therefore,  the new
8   pretrial and trial dates are:

| | |
|---|---|
| Close of Non-Expert Discovery | August 9, 2010 |
| Last Day to Serve Initial Expert Disclosures | September ~~20,~~ 21 2010  9:00 AM |
| Last Day to Hear Dispositive Motions | September ~~28~~; 2010 at ~~2:00 p.m.~~ |
| Last Day for Rebuttal Expert Disclosures | October 4, 2010 |
| Close of Expert Discovery | October 18, 2010 |
| Pretrial Conference | December 7, 2010 at 2:00 p.m. |
| Trial | January 10, 2011 at 8:30 a.m. |

IT IS SO ORDERED.

DATED: July 21, 2010

_____
THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE



IT IS SO ORDERED
AS MODIFIED
Judge Elizabeth D. Laporte