1  HANSON BRIDGETT LLP
   KIMON MANOLIUS - 154971
2  kmanolius@hansonbridgett.com
   WARREN R. WEBSTER - 209540
3  wwebster@hansonbridgett.com
   ROSHAN JAIN - 241078
4  rjain@hansonbridgett.com
   EMILY M. CHARLEY - 238542
5  echarley@hansonbridgett.com
   425 Market Street, 26th Floor
6  San Francisco, CA  94105
   Telephone:     (415) 777-3200
7  Facsimile:     (415) 541-9366

8  Attorneys for Defendants
   PENINSULA CORRIDOR JOINT POWERS
9  BOARD and NATIONAL RAILROAD
   PASSENGER CORPORATION
10

   MARY ALEXANDER & ASSOCIATES, P.C.
11 MARY E. ALEXANDER - 104173
   JENNIFER L. FIORE - 203618
12 44 Montgomery Street, Suite 1303
   San Francisco, CA 94104
13 Telephone:  (415) 433-4440
   Facsimile:  (415) 433-5440
14
   Attorneys for Plaintiffs
15 CECILIA REA, Individually, as Successor in Interest
   of Decedent ANTHONY REA and Personal
16 Representative of the Estate of ANTHONY REA,
   and DEAN REA
17
                    **UNITED STATES DISTRICT COURT**
18
                    **NORTHERN DISTRICT OF CALIFORNIA**
19

20 | CECILIA REA, Individually, as Successor in Interest of Decedent ANTHONY REA and Personal Representative of the Estate of ANTHONY REA, and DEAN REA, | Case No. C 09-05538 EDL |
   |---|---|
   | Plaintiffs, | **STIPULATION FOR DISMISSAL OF ACTION** AND ORDER THEREON |
   | v. | |
   | PENINSULA CORRIDOR JOINT POWERS BOARD (CALTRAIN); and DOES 1 through 100, inclusive, | |
   | Defendants. | |

- 1 -

STIPULATION FOR DISMISSAL OF ACTION; CASE NO. C 09-05538 EDL

IT IS HEREBY STIPULATED by and between Plaintiffs Cecilia Rea and Dean Rea (collectively "Plaintiffs") and Defendants Peninsula Corridor Joint Powers Board ("PCJPB") and National Railroad Passenger Corporation ("Amtrak") (collectively "Defendants"), through their designated counsel, that Defendants be and hereby are dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS FURTHER STIPULATED by and between the parties hereto that each party shall bear their own attorneys fees and costs.

IT IS SO STIPULATED.

DATED: October 18, 2010

HANSON BRIDGETT LLP

By: _____
WALTER R. SCHNEIDER
KIMON MANOLIUS
WARREN R. WEBSTER
ROSHAN D. JAIN
EMILY M. CHARLEY
Attorneys for Defendants
PENINSULA CORRIDOR JOINT POWERS BOARD and NATIONAL RAILROAD PASSENGER CORPORATION

DATED: October 22, 2010

MARY ALEXANDER & ASSOCIATES

By: _____/s/_____
MARY E. ALEXANDER
JENNIFER L. FIORE
Attorneys for Plaintiffs
CECILIA REA, Individually, as Successor in Interest of Decedent ANTHONY REA and Personal Representative of the Estate of ANTHONY REA, and DEAN REA

IT IS SO ORDERED.

DATED: October 26, 2010

By: _____
ELIZABETH D. LAPORTE
United States Magistrate Judge

- 2 -